# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dave R. Smeltzer ,

    Plaintiff(s),

vs.

John E. Potter ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-178

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2010 Order.

Signed: November 22, 2010

Frank G. Johns, Clerk
United States District Court